IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* NICOLAS P. KULIBABA<br><br>                Plaintiff,<br>v.<br><br>AGA KHAN DEVELOPMENT NETWORK<br>and THE AGA KHAN FOUNDATION-USA<br><br>                Defendants. | CIVIL ACTION NO.<br>05-CV02246 (PLF)<br><br>**FILED UNDER SEAL** |

## UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, the relator has the right to maintain this action under 31 U.S.C. § 3730(c)(3). Undersigned counsel for the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which provides that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that Orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also requests that it be served with all notices of appeal. See 31 U.S.C. § 3730(c)(3).

Finally, the United States requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation,

such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney
District of Columbia

PAUL MUSSENDEN
Assistant United States Attorney
District of Columbia
501 Third Street, NW Rm E-4812
Washington, DC 20530
Tel: (202) 305-4740

JOYCE R. BRANDA
DODGE WELLS (DC Bar #425194)
ALLISON CENDALI (DC Bar #468763)
Attorneys, United States Department of Justice
Civil Division
Post Office Box 261, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-4232
Fax: (202) 514-0280

DATED: 6-29-07

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of June 2007, a true and correct copy of the foregoing United States' Notice of Election to Decline Intervention was mailed by first-class mail to:

>William J. Hardy, Esq.
>Law Office of William J. Hardy
>1140 Nineteenth Street, NW
>Suite 900
>Washington, DC 20036

>PAUL MUSSENDEN
>Assistant United States Attorney
>District of Columbia
>501 Third Street, NW Rm E-4812
>Washington, DC 20530
>Tel: (202) 305-4740

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* NICOLAS P. KULIBABA <br><br> Plaintiff, <br> v. <br><br> AGA KHAN DEVELOPMENT NETWORK <br> and THE AGA KHAN FOUNDATION-USA <br><br> Defendants. | CIVIL ACTION NO. <br> 05-CV02246 (PLF) <br><br> **FILED UNDER SEAL** |

ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The United States' Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

      7. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

    IT IS SO ORDERED,

    This \_\_\_\_ day of _____, 2007.

                                                           UNITED STATES DISTRICT JUDGE

Dated: _____