UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* NICOLAS P. KULIBABA<br><br>                      PLAINTIFF<br><br>v.<br><br>AGA KHAN DEVELOPMENT NETWORK<br>THE AGA KHAN FOUNDATION – USA<br><br>                      DEFENDANTS | CIV. ACTION NO.<br>05-CV02246 (PLF) |

_____

NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF PURSUANT
TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

      Plaintiff Nicolas P. Kulibaba hereby files this NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1(i) of the F.R. Civ.P. by Plaintiff and cites the following on grounds as support therefore:

      1.      On November 18, 2005, Plaintiff Kulibaba filed the above *qui tam* action pursuant to Title 31, U.S.C. § 3729 *et seq.*

      2.      After a thorough investigation, the Government filed its Notice of Election to Decline Intervention on June 29, 2007.

2

3. The Relator has advised undersigned counsel that he does not wish to proceed independently in the matter.

>By: /s/ William J. Hardy
>William J. Hardy
>D.C. Bar No. 54452
>1140 Nineteenth Street, N.W.
>Suite 900
>Washington, DC  20036
>(202) 223-5120
>ATTORNEY FOR PLAINTIFF
>NICHOLAS P. KULIBABA

CERTIFICATE OF SERVICE

I certify that I have served Allison Cendali, Attorney, U.S. Department of Justice Civil Division, Post Office Box 261, Ben Franklin Station, Washington, D.C. 20004 by electronic and regular, first class with a copy of this Notice on September 27, 2007.

/s/ William J. Hardy
William J. Hardy