IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex rel.* NICOLAS P. KULIBABA )<br>)<br>Plaintiff, )<br>v. )<br>)<br>AGA KHAN DEVELOPMENT NETWORK )<br>and THE AGA KHAN FOUNDATION-USA )<br>)<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>05-CV02246 (PLF) |

### PLAINTIFF UNITED STATES OF AMERICA'S RESPONSE
### TO RELATOR'S VOLUNTARY NOTICE OF DISMISSAL

1. Consistent with 31 U.S.C. § 3730(b)(4)(B), on June 29, 2007, the United States notified this Court of its decision not to intervene in this action. Docket No. 14. That notice also respectfully referred the Court to 31 U.S.C. § 3730(b)(1), providing that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.*

2. On October 1, 2007, the Relator filed a Notice of Voluntary Dismissal, requesting that the Court dismiss this matter under Fed. R. Civ. P. 41(a)(1). *See* Docket No. 16.

3. As a result of its investigation, the United States determined that pursuing this matter in active litigation is not in the best interests of the United States at this time. Accordingly, pursuant to 31 U.S.C. § 3730(b)(1), the United States hereby consents to the dismissal of this action with prejudice as to the Relators, so long as the dismissal is without prejudice to the United States.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ _____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/ _____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

/s/ _____
PAUL A. MUSSENDEN,
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-4740

/s/ Allison Cendali/pm
JOYCE R. BRANDA
DODGE WELLS (DC Bar #425194)
ALLISON CENDALI (DC Bar #468763)
Attorneys, United States Department of Justice
Civil Division
Post Office Box 261, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-4232
Fax: (202) 514-0280

Dated: 10 - 12 , 2007