UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
UNITED STATES OF AMERICA,           )
ex rel. NICOLAS P. KULIBABA,        )
                                    )
       Plaintiff,                   )
                                    )
   v.                               )   Civil Action No. 05-2246 (PLF)
                                    )
AGA KHAN DEVELOPMENT NETWORK        )
and THE AGA KHAN FOUNDATION-USA,    )
                                    )
       Defendants.                  )
_____)

## ORDER

       This matter is before the Court on Plaintiff United States of America's Response to Relator's Voluntary Notice of Dismissal [17].

       On November 18, 2005, relator Kulibaba filed the above qui tam action pursuant to the False Claims Act, 31 U.S.C. §§ 3729 et seq. On June 29, 2007, the government declined to intervene. On October 1, 2007, the relator filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). In response, on October 12, 2007, the United States filed a written consent to dismissal of the action pursuant to 31 U.S.C. § 3730(b)(1). See 31 U.S.C. § 3730(b)(1) (noting that such actions "may be dismissed only if the court and the Attorney General give written consent to the dismissal").

       As the United States has elected not to intervene, the relator has declined to pursue the matter, and the United States has consented in writing to dismissal, it is hereby

       ORDERED that this action is dismissed without prejudice; and it is

FURTHER ORDERED that this case is dismissed from the docket of this Court.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: October 23, 2007